United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 20-17476-EPK |
| Royalty Investments and Finance, LLC. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 13, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 95837034 | + Renate Lemke, c/o CALAS Group, LLC, 20000 E Country Club Dr #108N, Aventura, FL 33180-3004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 15, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alvin S. Goldstein, Esq | on behalf of Plaintiff Robert C. Furr  Chapter 7 Trustee agoldstein@furrcohen.com, atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;staff1@furrcohen.com;goldsteinar84158@notify.bestcase.com |
| Alvin S. Goldstein, Esq | on behalf of Trustee Robert C Furr agoldstein@furrcohen.com atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;staff1@furrcohen.com;goldsteinar84158@notify.bestcase.com |
| Andres Montejo, Esq. | on behalf of Debtor Royalty Investments and Finance  LLC. amontejo@andresmontejolaw.com, bkmontejo@gmail.com;tami@andresmontejolaw.com;amontejoflorida@jubileebk.net;R51007@notify.bestcase.com |
| Daniel N Gonzalez, Esq | on behalf of Creditor Rodolfo Hernandez dgonzalez@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com |

District/off: 113C-9 | User: admin | Page 2 of 2
Date Rcvd: Oct 13, 2023 | Form ID: trc | Total Noticed: 1

James Schwitalla, Esq
on behalf of Defendant Caribbean & Latin American Group  LLC d/b/a Calas Group jwscmecf@bellsouth.net, miamibkcmyecf@gmail.com;schwitallajr74031@notify.bestcase.com

James Schwitalla, Esq
on behalf of Defendant Brian A. George jwscmecf@bellsouth.net miamibkcmyecf@gmail.com;schwitallajr74031@notify.bestcase.com

James Schwitalla, Esq
on behalf of Creditor Brian George jwscmecf@bellsouth.net miamibkcmyecf@gmail.com;schwitallajr74031@notify.bestcase.com

Jason S Rigoli, Esq.
on behalf of Plaintiff Robert C. Furr  Chapter 7 Trustee jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com

Lara R Fernandez
on behalf of Creditor Synovus Bank lrfernandez@trenam.com mmosbach@trenam.com;mwoods@trenam.com;tyatsco@trenam.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert C Furr
trustee@furrtrustee.com  rcf@trustesolutions.net

TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Southern District of Florida
Case No. 20-17476-EPK
Chapter 7

In re: Debtor(s) (including Name and Address)

Royalty Investments and Finance, LLC.
4445 Clemens Street
Lake Worth FL 33461

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/12/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: Renate Lemke, c/o CALAS Group, LLC, 20000 E Country Club Dr #108N, Aventura, FL  33180 | Dilks & Knopik, LLC<br>35308 SE Center Street<br>Snoqualmie, WA 98065 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  10/15/23

Joe Falzone
**CLERK OF THE COURT**